UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JAMIE VAUDEEN WHITTENBURG,<br><br>           Defendant. | No. CR-07-038-RHW-3<br><br>ORDER DENYING THE<br>DEFENDANT'S MOTION TO MODIFY |

At the December 12, 2007, hearing on Defendant's Motion to Modify (Ct. Rec. 188), Assistant U.S. Attorney Joseph H. Harrington appeared for the United States. Defendant was present with Assistant Federal Defender Kimberly A. Deater.

The court finds that Defendant was convicted of Conspiracy to Commit Armed Bank Robbery, but acquitted of two other charges. On November 1, 2007 (Ct. Rec. 159), Chief Judge Whaley denied the United States' motion to detain and determined it was appropriate for Defendant to remain subject to the same conditions of release previously set.

Defendant asks that the conditions of release be modified to allow her to reside in Newport, Washington, with her spouse and children. The undersigned is unable to conclude, based on the present record, that the earlier set conditions of release should be

ORDER DENYING THE DEFENDANT'S MOTION TO MODIFY - 1

1  disturbed.
2       Accordingly, the Defendant's Motion **(Ct. Rec 188)** is **DENIED.**
3       **IT IS SO ORDERED.**
4       DATED December 12, 2007.

```
                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE
```

ORDER DENYING THE DEFENDANT'S MOTION TO MODIFY - 2