UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE VAUDEEN WHITTENBURG,<br><br>　　　　Defendant. | NO. CR-07-038-RHW-3<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE FOR A NEW TRIAL** |

Before the Court is Defendant's Motion for a Judgment of Acquittal or in the Alternative for a New Trial (Ct. Rec. 160). A hearing was held on the motion on April 21, 2008. Defendant was present and represented by Kim Deater. The Government was represented by Joseph Harrington.

For the reasons stated on the record, Defendant's Motion for a Judgment of Acquittal or in the Alternative for a New Trial is denied.

Accordingly, **IT IS HEREBY ORDERED:**

1. Motion for a Judgment of Acquittal or in the Alternative for a New Trial (Ct. Rec. 160) is **DENIED**.

2. A sentencing hearing is set for **May 29, 2008**, at **10:30 a.m.**, in Spokane, Washington.

///
///
///
///

**ORDER DENYING DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE FOR A NEW TRIAL ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel and the United States Probation.
3  **DATED** this 30th day of April, 2008.
4  *S/ Robert H. Whaley*
5
6  ROBERT H. WHALEY
   Chief United States District Judge
7
8  Q:\CRIMINAL\2007\07-038\Whittenburg\deny.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE FOR A NEW TRIAL ~ 2**